UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO. 3:08mj340/MD

DAVID MCLHINNEY

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   December 18, 2008
Type of Motion/Pleading: Motion to Waive Defendant's Appearance at Arraignment
Filed by: defendant      on 12/17/08    Document 6
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                            on            Doc.#
                                            on            Doc.#

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 18TH day of December, 2008, that:

(a)   The requested relief is (GRANTED) DENIED.
(b)   _____

                                            MILES DAVIS
                                            UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                         Document No.